

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| BYRON CALDERON, | § | No. 08-13-00361-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| | § | 384th District Court |
| v. | § | of El Paso County, Texas |
| | § | |
| YP ADVERTISING, L.P., | § | (TC# 2013DCV0539) |
| | § | |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF MAY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.